AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

RECEIVED
AUG 11 2015
@ 3:00 PM

| | |
|---|---|
| INTEGRITY GLOBAL SECURITY, LLC, ET AL <br><br> *Plaintiff(s)* <br> v. <br><br> DELL MARKETING L.P., ET AL <br><br> *Defendant(s)* | ) ) ) ) ) ) )  Civil Action No. 1:15-cv-00685 ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dell Federal Systems, L.P., a Texas limited partnership, served by and through its Registered Agent, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Gregory J. Casas
> Greenberg Traurig, LLP
> 300 W. 6th Street, Suite 2050
> Austin, TX 78701
> 512-320-7238; casasg@gtlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date: 08/10/2015



*Katherine Wallace*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-00685

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dell Federal Systems, L.P.
was received by me on *(date)* 8/11/15 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* AFFIDAVIT ATTACHED

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## PROOF OF SERVICE

### UNITED STATES DISTRICT COURT
for the
Western District of Texas

INTEGRITY GLOBAL SECURITY, LLC,
et al
    Plaintiff(s)

V.

Case No. 1:15-cv-00685

DELL MARKETING, L.P., et al
    Defendant(s)

Came to hand on August 11, 2015, at 03:00 PM.

Executed at 211 E. 7th St., Suite 620, Austin, TX 78701, within the County of Travis at 9:45 AM on August 12, 2015, by delivering to the within named:

### DELL FEDERAL SYSTEMS, L.P.,

**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY, by delivering to its designated agent, SUE VERTREES, a true copy of this Summons in a Civil Action together with Plaintiffs' Original Complaint, Civil Case Information Sheet, Notice of Electronic Filing and Letter from Clerk of the Court, and Motion for Admission Pro Hac Vice, having first endorsed upon such copy of such process the date of delivery.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103, 501 and 501.2 of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
Jeff Keyton SCH-735,
Exp: 7/31/2017

### VERIFICATION

STATE OF TEXAS     §
COUNTY OF TRAVIS     §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Jeff Keyton, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this August 12, 2015.

_____
NOTARY PUBLIC, STATE OF TEXAS

15-016264/052235.011300

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED
AUG 11 2015
@ 3:00 pm

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| INTEGRITY GLOBAL SECURITY, LLC, ET AL <br><br> *Plaintiff(s)* <br> v. <br> DELL MARKETING L.P., ET AL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:15-cv-00685 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dell Marketing, L.P., a Texas limited partnership, served by and through its Registered Agent, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701

*AFFIDAVIT ATTACHED*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gregory J. Casas
Greenberg Traurig, LLP
300 W. 6th Street, Suite 2050
Austin, TX 78701
512-320-7238; casasg@gtlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date: 08/10/2015



*Katherine Wallace*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-00685

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Dell Marketing, L.P.**
was received by me on *(date)* **8/11/15**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

AFFIDAVIT ATTACHED

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## PROOF OF SERVICE

### UNITED STATES DISTRICT COURT
for the
Western District of Texas

INTEGRITY GLOBAL SECURITY, LLC,
et al
    Plaintiff(s)

V.                                            Case No. 1:15-cv-00685

DELL MARKETING, L.P., et al
    Defendant(s)

Came to hand on August 11, 2015, at 03:00 PM.

Executed at 211 E. 7th St., Suite 620, Austin, TX 78701, within the County of Travis at 9:45 AM on August 12, 2015, by delivering to the within named:

**DELL MARKETING, L.P.,**

**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY, by delivering to its designated agent, SUE VERTREES, a true copy of this Summons in a Civil Action together with Plaintiffs' Original Complaint, Civil Case Information Sheet, Notice of Electronic Filing and Letter from Clerk of the Court, and Motion for Admission Pro Hac Vice, having first endorsed upon such copy of such process the date of delivery.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103, 501 and 501.2 of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
Jeff Keyton SCH-735,
Exp: 7/31/2017

### VERIFICATION

STATE OF TEXAS     §
COUNTY OF TRAVIS   §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Jeff Keyton, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

    Given under my hand and seal of office this August 12, 2015.

_____
NOTARY PUBLIC, STATE OF TEXAS

15-016262/052235.011300

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

RECEIVED
AUG 11 2015
@ 3:00 PM

| INTEGRITY GLOBAL SECURITY, LLC, ET AL | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:15-cv-00685 |
| DELL MARKETING L.P., ET AL | ) |
| *Defendant(s)* | ) |

*AFFIDAVIT ATTACHED*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dell Products, L.P., a Texas limited partnership, by and through the Registered Agent Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Gregory J. Casas
  Greenberg Traurig, LLP
  300 W. 6th Street, Suite 2050
  Austin, TX 78701
  512-320-7238; casasg@gtlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
*CLERK OF COURT*

Date: 08/10/2015



*Katherine Wallace*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-00685

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Dell Products, L.P.__

was received by me on *(date)* __8/11/15__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: AFFIDAVIT ATTACHED

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## PROOF OF SERVICE

**UNITED STATES DISTRICT COURT**
for the
Western District of Texas

INTEGRITY GLOBAL SECURITY, LLC,
et al
    Plaintiff(s)

V.                                Case No. 1:15-cv-00685

DELL MARKETING, L.P., et al
    Defendant(s)

Came to hand on August 11, 2015, at 03:00 PM.

Executed at 211 E. 7th St., Suite 620, Austin, TX 78701, within the County of Travis at 9:45 AM on August 12, 2015, by delivering to the within named:

### DELL PRODUCTS, L.P.,

**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY, by delivering to its designated agent, SUE VERTREES, a true copy of this Summons in a Civil Action together with Plaintiffs' Original Complaint, Civil Case Information Sheet, Notice of Electronic Filing and Letter from Clerk of the Court, and Motion for Admission Pro Hac Vice, having first endorsed upon such copy of such process the date of delivery.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103, 501 and 501.2 of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
Jeff Keyton SCH-735,
Exp: 7/31/2017

### VERIFICATION

STATE OF TEXAS      §
COUNTY OF TRAVIS  §

      BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Jeff Keyton, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
      Given under my hand and seal of office this August 12, 2015.

_____
NOTARY PUBLIC, STATE OF TEXAS

15-016263/052235.011300