**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| INTEGRITY GLOBAL SECURITY, LLC, a Delaware limited liability company and GREEN HILLS SOFTWARE, INC., a Delaware corporation, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Cause No. 1:15-cv-685-RP |
| DELL MARKETING L.P., a Texas limited Partnership, DELL FEDERAL SYSTEMS, L.P., a Texas limited partnership and DELL PRODUCTS, L.P., a Texas limited Partnership, | § § § § § § | |
| Defendants. | § | |

**DELL'S MOTION TO DISMISS PLAINTIFFS' ORIGINAL COMPLAINT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**

Dell Marketing L.P., Dell Federal Systems, L.P., and Dell Products L.P. (jointly "Dell")

file this motion to dismiss Plaintiffs' Original Complaint filed by Integrity Global Security, LLC

and Green Hills Software, Inc. (jointly "Plaintiffs") pursuant to Federal Rule of Civil Procedure

12(b)(1).

## INTRODUCTION

It is well established that where, as here, federal jurisdiction is based on diversity, the

party asserting jurisdiction must distinctly and affirmatively allege the diversity of the parties.  It

is also well established that the citizenship of an unincorporated entity is based on that of its

partners or members, such that the party alleging jurisdiction must identify each of the partners

of that entity and the citizenship of each partner.  While Plaintiffs assert that the Court has

diversity jurisdiction over this action, they have wholly failed to satisfy this test.  Moreover,

Plaintiffs ignored publicly-available, undisputed facts establishing that each named Dell entity is a Delaware citizen—as is each Plaintiff—both when filing this action and when Dell brought this information to Plaintiffs' attention and requested that Plaintiffs voluntarily dismiss this action for lack of subject matter jurisdiction.  Indeed, Plaintiffs repeatedly refused to voluntarily dismiss this action unless Dell agreed to waive potential statute-of-limitations defenses in a future state court action.  Because deficiencies in subject-matter jurisdiction may not be waived, Dell has no choice but to file this motion to dismiss.  Accordingly, Dell respectfully requests that the Court give Plaintiffs thirty days to dismiss this matter, or alternatively, dismiss this action for lack of subject-matter jurisdiction.

## PLAINTIFFS' ORIGINAL COMPLAINT AND PROCEDURAL BACKGROUND

Plaintiffs plead that this Court "has subject matter jurisdiction over this action pursuant to 18 U.S.C. § 1332(a) because it involves citizens of different states . . . ."  Plaintiffs' Original Complaint ("Comp.") ¶ 6.

In support of its assertion of diversity jurisdiction, Plaintiffs plead that Integrity Global Security ("IGS") is a Delaware limited liability company with its principal place of business in California.  *Id.* ¶ 1.  Plaintiffs further plead that Green Hills Software, Inc., a Delaware corporation with its principal place of business in California, is the sole owner, member, and manager of IGS.  *Id.* ¶ 2.

Plaintiffs next plead that each of the named Dell entities is a Texas limited partnership with its principal place of business in Texas.  *Id.* ¶¶ 3-5.  In contrast to the information pled about IGS's member and its citizenship, and in disregard of the applicable test for diversity jurisdiction, Plaintiffs make no mention of the named Dell entities' partners or the partners' citizenship.  *See id.* ¶¶ 3-5.

Publicly-available information reflects that each of the named Dell entities has a partner that is a citizen of Delaware:

- Dell Marketing L.P.'s general partner is Dell Marketing GP L.L.C.  Dell Marketing GP L.L.C. is a Delaware limited liability company, and it is owned by Dell Marketing Corporation, which is a Delaware corporation.

- Dell Federal Systems L.P.'s general partner is Dell Federal Systems GP L.L.C.  Dell Federal Systems GP L.L.C. is a Delaware limited liability company, and it is owned by Dell Federal Systems Corporation, which is a Delaware corporation.

- Dell Products L.P.'s general partner is Dell Products GP L.L.C.  Dell Products GP L.L.C. is a Delaware limited liability company, and it is owned by Dell Products Corporation, which is a Delaware corporation.

*See* Declaration of Sinead O'Carroll ("O'Carroll Decl."), Exs. A-C, attached hereto as Exhibit 1. The declaration testimony of Chris Stidvent further confirms that each of the named Dell entities has a partner that is a citizen of Delaware.  *See* Declaration of Christopher Stidvent ("Stidvent Decl.") ¶¶ 3-6, attached hereto as Exhibit 2.

After receiving Plaintiffs' complaint, Dell contacted Plaintiffs and explained that each of the named Dell entities had a partner that is a citizen of Delaware.[1]  O'Carroll Decl. ¶ 7.  Given the lack of complete diversity between the parties, Dell requested that Plaintiffs voluntarily dismiss their complaint against Dell for lack of subject-matter jurisdiction.  *Id.*  In response, Plaintiffs requested documentation supporting Dell's statements about the named Dell entities' partners and the partners' respective states of citizenship and stated that they would voluntarily

---

[1] Under the United States District Court for the Western District of Texas's Local Rules, a certificate of conference is not required for this motion.  *See* Local Rules CV-7.9, CV-7.3. Nonetheless, Dell contacted Plaintiffs about the lack of subject matter jurisdiction in the hopes that the parties could resolve the issue without the need for Court intervention.

dismiss only if Dell would agree in writing to certain conditions, including the waiver of the statute of limitations as an affirmative defense and the tolling of the statute of limitations based on the filing of this suit. *Id.* ¶ 8.

Dell provided the requested documentation, *see id.* ¶ 9, but declined to agree to Plaintiffs' conditions. Plaintiffs did not contest the information Dell provided regarding the named Dell entities or the obvious conclusion that the Court does not have subject-matter jurisdiction. *Id.* ¶ 10. Nonetheless, and with continued intentional disregard of proper jurisdiction, Plaintiffs refused to voluntarily dismiss this action without concessions from Dell. *Id.* As a result of Plaintiffs' refusal to voluntarily dismiss, and because lack of subject-matter jurisdiction cannot be waived, Dell now brings this motion to dismiss for lack of subject-matter jurisdiction.

## ARGUMENT & AUTHORITIES

### A.    Standard for Dismissal

Federal Rule of Civil Procedure 12(b)(1) allows a party to bring the lack of subject-matter jurisdiction to the Court's attention in a motion to dismiss. "A case is properly dismissed for lack of subject matter jurisdiction when the court lacks statutory or constitutional power to adjudicate the case." *Home Builders Ass'n of Miss., Inc. v. City of Madison, Miss.*, 143 F.3d 1006, 1010 (5th Cir. 1998) (internal quotation omitted). Indeed, "[i]f the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." FED. R. CIV. P. 12(h)(3).

"Lack of subject matter jurisdiction may be found in any one of three instances:  (1) the complaint alone; (2) the complaint supplemented by undisputed facts evidenced in the record; or (3) the complaint supplemented by undisputed facts plus the court's resolution of disputed facts." *Ramming v. United States*, 281 F.3d 158, 161 (5th Cir. 2001) (per curiam). "The burden of proof

for a Rule 12(b)(1) motion to dismiss is on the party asserting jurisdiction." *Id.*

**B.      Plaintiffs' Complaint Must Be Dismissed for Lack of Subject Matter Jurisdiction.**

As noted above, Plaintiffs allege that the Court has subject-matter jurisdiction over this action pursuant to 18 U.S.C. § 1332(a) because it "involves citizens of different states . . . ." Comp. ¶ 6.  However, when jurisdiction is based on diversity, the "citizenship of the parties must be '*distinctly* and *affirmatively* alleged.'"  *Mullins v. TestAmerica Inc.*, 300 F. App'x. 259, 259 (5th Cir. 2008) (per curium) (quoting *Getty Oil Corp. v. Ins. Co. of N. Am.*, 841 F.2d 1254, 1259 (5th Cir. 1988) (emphasis in original)).  It is well established that the citizenship of all unincorporated entities is determined by the citizenship of the entity's individual members. *Mullins*, 300 F. App'x at 259-60 (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185, 189-90, 195-96 (1990)).  To properly allege the citizenship of a limited partnership, a party must identify the partners of that entity and the citizenship of those partners.  *PPI Tech. Servs., L.P. v. Liberty Mut. Ins. Co.*, No. C-11-47, 2001 WL 765972, at *1 (S.D. Tex., Feb. 25, 2011).   The same requirement applies to any member of a limited partnership that is also a limited partnership or a limited liability company.  *Id.*  Where a complaint does not identify the partners of a named entity, let alone the citizenship of those partners, that omission warrants dismissal of the case. *Id.* (citing *Mullins*, 300 F. App'x. at 259-60).

Here, Plaintiffs have alleged that each named Dell entity is a Texas limited partnership, but they have not identified the partners of those entities or the citizenship of those partners, alleging only that each named Dell entity is "a Texas limited partnership with its principal place of business in Round Rock, Texas."  *See*  Comp. ¶¶ 3-5.  Plaintiffs make no mention of the named Dell entities' partners or the partners' respective citizenship.  *See id.*  This alone is

sufficient to warrant dismissal of Plaintiffs' claims for lack of subject-matter jurisdiction. *See PPI Tech.*, 2001 WL 765972, at *1.

Additionally, Dell has submitted evidence establishing that each of the named Dell entities is a citizen of Delaware. *See* Stidvent Decl. ¶¶ 3-5; O'Carroll Decl. ¶ 9, Ex. A-C. Specifically, Dell has submitted evidence identifying the partners of the named Dell entities and demonstrating that each is a citizen of Delaware. *See id.* Plaintiffs are also citizens of Delaware. *See* Comp. ¶¶ 1-2. Because the evidence conclusively establishes that all the parties are Delaware citizens, this action does not involve citizens of different states, further warranting dismissal for lack of subject-matter jurisdiction. *See Hanson v. Sonic-Frank Parra Autoplex, L.P.*, 2004 WL 1373134, at *2-3 (N.D. Tex. June 15, 2004).

## CONCLUSION

For the foregoing reasons, Dell respectfully requests that the Court give Plaintiffs thirty days to dismiss this matter, or alternatively, dismiss Plaintiffs' action for lack of subject-matter jurisdiction.

Respectfully submitted,

REEVES & BRIGHTWELL LLP

*/s/ Sinead O'Carroll*  _____
Beverly Reeves
State Bar No. 16716500
breeves@reevesbrightwell.com
Kim Brightwell
State Bar No. 02992700
kbrightwell@reevesbrightwell.com
Sinead O'Carroll
State Bar No. 24013253
socarroll@reevesbrightwell.com
Reeves & Brightwell LLP
221 W. 6th Street, Suite 1000
Austin, Texas 78701
(512) 334-4500 (Phone)
(512) 334-4492 (Facsimile)

**ATTORNEYS FOR DEFENDANTS,
DELL MARKETING L.P., DELL FEDERAL
SYSTEMS L.P., AND DELL PRODUCTS L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2015, a true and correct copy of the foregoing document was sent via CM/ECF electronic filing and/or U.S. mail to the following:

Gregory J. Casas
Janis Clements
Greenburg Traurig LLP
300 W. 6th St., Suite 2050
Austin, TX  78701


*/s/ Sinead O'Carroll*  _____
Sinead O'Carroll

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INTEGRITY GLOBAL SECURITY, LLC, a Delaware limited liability company and GREEN HILLS SOFTWARE, INC., a Delaware corporation, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Cause No. 1:15-cv-685-RP |
| DELL MARKETING L.P., a Texas limited Partnership, DELL FEDERAL SYSTEMS, L.P., a Texas limited partnership and DELL PRODUCTS, L.P., a Texas limited Partnership, | § § § § § § | |
| Defendants. | § | |

**DECLARATION OF SINEAD O'CARROLL**

I, Sinead O'Carroll, declare as follows:

1.      My name is Sinead O'Carroll.  I am over 18 years old, of sound mind, and I am capable of making this declaration.  I submit this declaration in support of Dell Inc.'s Motion to Dismiss Plaintiffs' Original Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1).  I have personal knowledge of the facts set forth herein, and if called to testify, I could and would do so competently and under oath.

2.      I am an attorney at Reeves & Brightwell LLP, which represents Dell in this lawsuit.  I am a bar member in good standing in the State of Texas and am admitted to practice before this Court.

3.       After receiving Plaintiffs' Original Complaint in this matter, I asked our paralegal, Joyce Goodman, to search the Texas Secretary of State website for information regarding the partners and citizenship thereof of the three named Dell entities:  Dell Marketing

L.P., Dell Federal Systems L.P., and Dell Products L.P.

4.     True and correct copies of documents Ms. Goodman found on the Texas Secretary of State website regarding Dell Marketing L.P. are attached hereto as Exhibit A.

5.     True and correct copies of documents Ms. Goodman found on the Texas Secretary of State website regarding Dell Federal Systems L.P. are attached hereto as Exhibit B.

6.     True and correct copies of documents Ms. Goodman found on the Texas Secretary of State website regarding Dell Products L.P. are attached hereto as Exhibit C.

7.     On September 3, 2015, I emailed Mr. Gregory Casas, counsel for Plaintiffs Integrity Global Security, LLC and Green Hills Software, Inc. (jointly, "Plaintiffs") to inform Plaintiffs that each of the named Dell entities had a partner that was a Delaware citizen, such that Dell did not believe there was the necessary complete diversity between the parties to support subject matter jurisdiction in the Western District of Texas, and, therefore, to ask Plaintiffs to voluntarily dismiss this action.

8.     Mr. Casas responded to this request via a letter dated September 15, 2015. Plaintiffs requested documentation to support Dell's assertion that the entities identified in my email were in fact (1) partners of the named defendants and (2) incorporated in Delaware. Plaintiffs further stated in their letter that, assuming Dell could provide satisfactory documentation, they would only voluntarily dismiss the pending federal action if all the defendants agreed in writing that (1) the statute of limitations for Plaintiffs' claims has been tolled based on the filing of the federal action and (2) the defendants waive the statute of limitations as an affirmative defense.

9.     I responded to Mr. Casas via email on September 18, 2015, providing copies of the documents attached hereto as Exhibits A, B, and C and again asking Plaintiffs to voluntarily dismiss the action pending against Dell in the Western District of Texas. I also stated that Dell did not believe that it should have to agree to additional terms in exchange for Plaintiffs' voluntary dismissal under the circumstances.

10.     On October 7, 2015, and again on October 16, 2015, Mr. Casas sent me a letter, again indicating that Plaintiffs would only voluntarily dismiss their pending federal case if all the defendants expressly agreed in writing to the same two conditions Dell previously rejected, namely that (1) the statute of limitations for Plaintiffs' claims has been tolled based on the filing of the federal action and (2) the defendants waive the statute of limitations as an affirmative defense.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of November, 2015 at Austin, Texas.

_____
Sinead O'Carroll

# EXHIBIT A

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY                                    Page 1 of 1

# TEXAS SECRETARY of STATE
## CARLOS H. CASCOS

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | Logout

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| Filing Number: | 6260510 | Entity Type: | Domestic Limited Partnership (LP) |
| Original Date of Filing: | December 23, 1991 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 17426168054 | FEIN: | |
| Duration: | Perpetual | | |
| Name: | DELL MARKETING L.P. | | |
| Address: | ONE DELL WAY | | |
| | Round Rock, TX 78682-7299 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| Last Update | Name | Title | | Address | |
| June 5, 2006 | Dell Marketing GP L.L.C. | General Partner | | ONE DELL WAY Round Rock, TX 78682 USA | |

[ Order ]   [ Return to Search ]

Instructions:
 ᴼ To place an order for additional information about a filing press the 'Order' button.

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY                            Page 1 of 1

# TEXAS SECRETARY of STATE
# CARLOS H. CASCOS

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| Filing Number: | 800265205 | Entity Type: | Foreign Limited Liability Company (LLC) |
| Original Date of Filing: | November 4, 2003 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 12002186901 | FEIN: | 200218690 |
| Name: | Dell Marketing GP LLC | | |
| Address: | 701 BRAZOS STE 1050 AUSTIN, TX 78701-3232 USA | | |
| Fictitious Name: | N/A | | |
| Jurisdiction: | DE, USA | | |
| Foreign Formation Date: | June 20, 2003 | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| Last Update | Name | Title | | Address | |
| January 15, 2014 | THOMAS J VALLONE | VICE PRESIDENT | | ONE DELL WAY ROUND ROCK, TX 78682 USA | |
| January 15, 2014 | THOMAS LUTTRELL | TREASURER | | ONE DELL WAY ROUND ROCK, TX 78682 USA | |
| January 15, 2014 | JANET B WRIGHT | ASSISTANT SECRETARY | | ONE DELL WAY ROUND ROCK, TX 78682 USA | |

[ Order ]   [ Return to Search ]

Instructions:
◦ To place an order for additional information about a filing press the 'Order' button.

00024170945

Filing Number: 800265205

TX102P01 F3.00.02

TX2014
Ver. 5.0        05-102
        (Rev.9-13/32)
        Tcode 13196

## Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions

**This report MUST be signed and filed to satisfy franchise tax requirments**

1432439142275

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at 1-800-252-1381.

| Taxpayer number | Report year |
|---|---|
| 12002186901 | 2014 |

Taxpayer name   DELL MARKETING GP LLC               ☐ Check box if the mailing address has changed.

| Mailing address | | |
|---|---|---|
| ATTN: TAX DEPT | ONE DELL WAY, RR1-35 | Secretary of State (SOS) file number or Comptroller file number |
| City ROUND ROCK | State TX    ZIP Code 78682    Plus 4 | 0800265205 |

☒ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B, and C.

| Principal office | ONE DELL WAY | ROUND ROCK TX 78682 |
|---|---|---|
| Principal place of business | ONE DELL WAY | ROUND ROCK    TX 78682 |

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

**Please sign below!**

1 2 0 0 2 1 8 6 9 0 1 1 4

### SECTION A   Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration | m m | d d | y y |
|---|---|---|---|---|---|---|
| MICHAEL S. DELL | CEO | ☐ YES | | | | |
| Mailing address ONE DELL WAY | City ROUND ROCK | State TX | ZIP Code 78682 | | | |
| THOMAS SWEET | CFO | ☐ YES | | | | |
| Mailing address ONE DELL WAY | City ROUND ROCK | State TX | ZIP Code 78682 | | | |
| RICHARD ROTHBERG | SECRETARY | ☐ YES | | | | |
| Mailing address ONE DELL WAY | City ROUND ROCK | State TX | ZIP Code 78682 | | | |

### SECTION B   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| NONE | | | |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

### SECTION C   Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| DELL MARKETING CORP | DE | 0007549406 | 100 |

Registered agent and registered office currently on file; (see instructions if you need to make changes)    ☐ Check box if you need forms to change the registered agent or registered office information.

Agent: CORPORATION SERVICE COMPANY

| Office: 211 E. 7TH STREET, SUITE 620 | City AUSTIN | State TX | ZIP Code 78701 |
|---|---|---|---|

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | LEANN SHINES | Title EXECUTIVE TAX DI | Date NOV 17 2014 | Area code and phone number (512)723-0654 |
|---|---|---|---|---|

Texas Comptroller Official Use Only

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

1023

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY                                    Page 1 of 1

# TEXAS SECRETARY of STATE
# CARLOS H. CASCOS

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** |
**Logout**

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| Filing Number: | 7549406 | Entity Type: | Foreign For-Profit Corporation |
| Original Date of Filing: | February 5, 1988 | Entity Status: | Withdrawn |
| Formation Date: | N/A | | |
| Tax ID: | 17424850406 | FEIN: | |

| | |
|---|---|
| Name: | DELL MARKETING CORPORATION |
| Address: | PO BOX 149256 C/O TAX DEPT |
| | AUSTIN, TX 787149256 USA |
| Fictitious Name: | N/A |
| Jurisdiction: | DE, USA |
| Foreign Formation Date: | N/A |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| Last Update | Name | Title | Address | | |
| January 6, 2014 | THOMAS J VALLONE | VICE PRESIDENT | ONE DELL WAY ROUND ROCK, TX 78682 USA | | |
| January 6, 2014 | TYLER W JOHNSON | TREASURER | ONE DELL WAY ROUND ROCK, TX 78682 USA | | |
| January 6, 2014 | JANET B WRIGHT | ASSISTANT SECRETARY | ONE DELL WAY ROUND ROCK, TX 78682 USA | | |
| January 6, 2014 | JANET B WRIGHT | DIRECTOR | ONE DELL WAY ROUND ROCK, TX 78682 USA | | |

Order | Return to Search

Instructions:
   To place an order for additional information about a filing press the 'Order' button.

00024170943

Filing Number: 7549406

TX102P01 F3.00.02

TX2014
Ver. 5.0     05-102
(Rev.9-13/32)

## Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions

**This report MUST be signed and filed to satisfy franchise tax requirements**

Tcode 13196

You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at 1-800-252-1381.

| ■Taxpayer number | ■Report year |
|---|---|
| 17424850406 | 2014 |

| Taxpayer name  DELL MARKETING CORP | ■ X  Check box if the mailing address has changed. |
|---|---|

| Mailing address  ATTN: TAX DEPT | ONE DELL WAY, RR1-35 | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|
| City  ROUND ROCK | State TX    ZIP Code 78682   Plus 4 | 0007549406 |

[X] Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office ONE DELL WAY | ROUND ROCK TX 78682 |
|---|---|
| Principal place of business ONE DELL WAY | ROUND ROCK    TX 78682 |

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

_Please sign below!_

1 7 4 2 4 8 5 0 4 0 6 1 4

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | m  m   d  d   y   y |
|---|---|---|---|---|
| MICHAEL S. DELL | CHAIRMAN & CEO | ☐ YES | Term expiration | |
| Mailing address ONE DELL WAY | City ROUND ROCK | | State TX | ZIP Code 78682 |
| Name | Title | Director | | m  m   d  d   y   y |
| JANET B. WRIGHT | DIRECTOR | [X] YES | Term expiration | |
| Mailing address ONE DELL WAY | City ROUND ROCK | | State TX | ZIP Code 78682 |
| Name | Title | Director | | m  m   d  d   y   y |
| THOMAS SWEET | CFO | ☐ YES | Term expiration | |
| Mailing address ONE DELL WAY | City ROUND ROCK | | State TX | ZIP Code 78682 |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| DELL MARKETING GP LLC | DE | 0800265205 | 100 |
| DELL MARKETING LP LLC | DE | | 100 |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| DELL INTERNATIONAL LLC | DE | 0007442206 | 100 |

| Registered agent and registered office currently on file. (see instructions if you need to make changes) | ☐ Check box if you need forms to change the registered agent or registered office information. |
|---|---|

| Agent: CORPORATION SERVICE COMPANY | | |
|---|---|---|
| Office: 211 E. 7TH STREET, SUITE 620 | City AUSTIN | State TX   ZIP Code 78701 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | [signature]  LEANN SHINES | Title EXECUTIVE TAX DI | Date NOV 17 2014 | Area code and phone number (512)723-0654 |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |
|---|---|

1023

# EXHIBIT B

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY                    Page 1 of 1

# TEXAS SECRETARY of STATE
# CARLOS H. CASCOS

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| Filing Number: | 12236710 | Entity Type: | Domestic Limited Partnership (LP) |
| Original Date of Filing: | July 13, 1999 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 17429244761 | FEIN: | |
| Duration: | Perpetual | | |

Name:        Dell Federal Systems L.P.
Address:     ONE DELL WAY
             Round Rock, TX 78682-2244 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| Last Update | Name | Title | | Address | |
| April 28, 2004 | Dell Federal Systems GP L.L.C. | General Partner | | ONE DELL WAY Round Rock, TX 78682-2244 USA | |

[ Order ]    [ Return to Search ]

Instructions:
 ◊ To place an order for additional information about a filing press the 'Order' button.

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY                                    Page 1 of 1

# TEXAS SECRETARY of STATE
# CARLOS H. CASCOS

**UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase |**
**Logout**

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| Filing Number: | 800385873 | Entity Type: | Foreign Limited Liability Company (LLC) |
| Original Date of Filing: | September 3, 2004 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 12002190465 | FEIN: | 200219046 |

Name:               Dell Federal Systems GP LLC
Address:            701 BRAZOS STE 1050
                    Austin, TX 78701-3232 USA
Fictitious Name:    N/A
Jurisdiction:       DE, USA
Foreign Formation Date:  June 20, 2003

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| Last Update | Name | Title | Address | | |
| January 15, 2014 | MICHAEL DELL | CHIEF EXECUTIVE OFFICER | ONE DELL WAY ROUND ROCK, TX 78682 USA | | |
| January 15, 2014 | EMILY PARRINO | VICE PRESIDENT | ONE DELL WAY ROUND ROCK, TX 78682 USA | | |
| January 15, 2014 | JANET WRIGHT | ASSISTANT SECRETARY | ONE DELL WAY ROUND ROCK, TX 78682 USA | | |

[ Order ]   [ Return to Search ]

Instructions:
  ◦ To place an order for additional information about a filing press the 'Order' button.

Reports Unit
P.O. Box 12028
Austin, Texas 78711-2028



Hope Andrade
Secretary of State

## Office of the Secretary of State
### · PERIODIC REPORT - LIMITED PARTNERSHIP

File Number: **12236710**
Filing Fee: $50

Page 1 of 2

1.  The entity name of the limited partnership is:
    **Dell Federal Systems L.P.**

        FILED
        In the Office of the
        Secretary of State of Texas

        NOV 1 5 2010

        Corporations Section

2.  It is organized under the laws of: *(set forth state or foreign country)*
    **Texas**

3.  The name of the registered agent is:
    **CORPORATION SERVICE COMPANY**
    *(Make changes here-cannot be entity named above):*

4.  The registered office address, which is identical to the business address of the registered agent in
    Texas, is:
    **211 E. 7th Street   Suite 620**
    **Austin, TX 78701-3218**
    *(Make changes here-use street or building address; see Instructions):*

5.  The address of the principal office in the United States where the records are to be kept or made
    available is:
    **ONE DELL WAY**
    **Round Rock, TX 78682-2244**
    *(Make changes here-use street or building address; see Instructions):*

6.  The names and addresses of all general partners of the limited partnership are:
    *(Address changes are allowed; a name change of an existing general partner requires an amendment;*
    *see Instruction 6.)*

| Name | Address | City/ State/Zip |
| --- | --- | --- |
| Dell Federal Systems GP L.L.C. | ONE DELL WAY | Round Rock, TX 78682-2244 |

        RECEIVED
    SECRETARY OF STATE

        NOV 1 5 2010

        CLK 68
        AUSTIN, TX

00024170940

Filing Number: 800385873

TX102P01 F3.00.02

TX2014
Ver. 5.0    05- 102
(Rev.9- 13/32)

**Texas Franchise Tax Public Information Report**

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

Tcode 13196

☐ Taxpayer number

12002190465

☐ Report year

2014

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at 1- 800- 252- 1381.

Taxpayer name  DELL FEDERAL SYSTEMS GP LLC

[X] Check box if the mailing address has changed.

Mailing address
ATTN: TAX DEPT          ONE DELL WAY, RR1-35

City ROUND ROCK      State TX     ZIP Code 78682   Plus 4

Secretary of State (SOS) file number or Comptroller file number
0800385873

[X] Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office ONE DELL WAY          ROUND ROCK TX 78682

Principal place of business ONE DELL WAY          ROUND ROCK      TX 78682

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

**Please sign below!**

1 2 0 0 · 2 1 9 0 4 6 5 1 4

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | | mm | dd | yy |
|------|-------|----------|--|--|----|----|----|
| MICHAEL S DELL | CEO | ☐ YES | Term expiration | | | | |
| Mailing address ONE DELL WAY  City ROUND ROCK  State TX  ZIP Code 78682 | | | | | | | |
| THOMAS W. SWEET | CFO | ☐ YES | Term expiration | | | | |
| Mailing address ONE DELL WAY  City ROUND ROCK  State TX  ZIP Code 78682 | | | | | | | |
| JANET WRIGHT | ASST SECRETARY | [X] YES | Term expiration | | | | |
| Mailing address ONE DELL WAY  City ROUND ROCK  State TX  ZIP Code 78682 | | | | | | | |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| NONE | | | |
| | | | |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| DELL FEDERAL SYSTEMS CORPORATION | DE | | 100 |

Registered agent and registered office currently on file. (see instructions if you need to make changes)   ☐ Check box if you need forms to change the registered agent or registered office information.

Agent: CORPORATION SERVICE COMPANY

Office: 211 E. 7TH STREET, SUITE 620      City AUSTIN      State TX   ZIP Code 78701

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here  [signature]  LEANN SHINES   Title EXECUTIVE TAX DI   Date NOV 17 2014   Area code and phone number (512) 723-0654

**Texas Comptroller Official Use Only**

VE/DE ☐      PIR IND ☐

1023

# EXHIBIT C

# TEXAS SECRETARY of STATE
## CARLOS H. CASCOS

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | Logout

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| Filing Number: | 6260710 | Entity Type: | Domestic Limited Partnership (LP) |
| Original Date of Filing: | December 23, 1991 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 17426168039 | FEIN: | |
| Duration: | Perpetual | | |
| Name: | DELL PRODUCTS L.P. | | |
| Address: | ONE DELL WAY | | |
| | Round Rock, TX 78682 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| Last Update June 5, 2006 | Name Dell Products GP L.L.C. | Title General Partner | Address ONE DELL WAY Round Rock, TX 78682 USA | | |

[ Order ]   [ Return to Search ]

Instructions:
  ◊ To place an order for additional information about a filing press the 'Order' button.

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY                                    Page 1 of 1

# TEXAS SECRETARY of STATE
# CARLOS H. CASCOS

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| Filing Number: | 800265233 | Entity Type: | Foreign Limited Liability Company (LLC) |
| Original Date of Filing: | November 4, 2003 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 12002187321 | FEIN: | 200218732 |

Name:                    Dell Products GP LLC
Address:                 TAX DEPARTMENT PO BOX 149256
                         AUSTIN, TX 78714-9256 USA

Fictitious Name:         N/A
Jurisdiction:            DE, USA
Foreign Formation Date:  June 20, 2003

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| Last Update | Name | Title | Address | | |
| January 15, 2014 | THOMAS J VALLONE | VICE PRESIDENT | ONE DELL WAY ROUND ROCK, TX 78682 USA | | |
| January 15, 2014 | TYLER W JOHNSON | TREASURER | ONE DELL WAY ROUND ROCK, TX 78682 USA | | |
| January 15, 2014 | JANET B WRIGHT | ASSISTANT SECRETARY | ONE DELL WAY ROUND ROCK, TX 78682 USA | | |

| Order | | Return to Search |
|---|---|---|

Instructions:
  ◉ To place an order for additional information about a filing press the 'Order' button.

00024170938

Filing Number: 800265233

TX102P01 F3.00.02

TX2014
Ver. 5.0     05-102
(Rev.9-13/32)
Tcode 13196

## Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer number: 12002187321

Report year: 2014

| | |
|---|---|
| Taxpayer name DELL PRODUCTS GP LLC | Check box if the mailing address has changed. |
| Mailing address ATTN: TAX DEPT         ONE DELL WAY, RR1-35 | Secretary of State (SOS) file number or Comptroller file number |
| City ROUND ROCK   State TX   ZIP Code 78682   Plus 4 | 0800265233 |

[X] Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office ONE DELL WAY    .    ROUND ROCK TX 78682
Principal place of business ONE DELL WAY    ROUND ROCK    TX 78682

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

**Please sign below!**

1 2 0 0 2 1 8 7 3 2 1 1 4

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| MICHAEL S. DELL | CEO | [ ] YES | | |
| Mailing address ONE DELL WAY   City ROUND ROCK   State TX   ZIP Code 78682 | | | | |
| THOMAS W. SWEET | CFO | [ ] YES | | |
| Mailing address ONE DELL WAY   City ROUND ROCK   State TX   ZIP Code 78682 | | | | |
| MARIUS HAAS | PRESIDENT | [ ] YES | | |
| Mailing address ONE DELL WAY   City ROUND ROCK   State TX   ZIP Code 78682 | | | | |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| NONE | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| DELL PRODUCTS CORPORATION | DE | 0007549106 | 100 |

Registered agent and registered office currently on file. (see instructions if you need to make changes)    [ ] Check box if you need to change the registered agent or registered office information.

Agent: CORPORATION SERVICE COMPANY
Office: 211 E. 7TH STREET SUITE 620    City AUSTIN    State TX    ZIP Code 78701

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here [signature]    LEANN SHINES    Title EXECUTIVE TAX DI    Date NOV 1 7 2014    Area code and phone number (512) 723-0654

**Texas Comptroller Official Use Only**

| VE/DE [ ] | PIR IND [ ] |

1023

00024170936

Filing Number: 7549106

TX102P01 F3.00.02

TX2014
Ver. 5.0          05- 102
(Rev.9- 13/32)
Tcode 13196

## Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at 1- 800- 252- 1381.

| Taxpayer number | Report year |
| --- | --- |
| 17424856114 | 2014 |

| Taxpayer name  DELL PRODUCTS CORP | ☒ Check box if the mailing address has changed. |
| --- | --- |
| Mailing address  ATTN: TAX DEPT          ONE DELL WAY, RR1-35 | Secretary of State (SOS) file number or Comptroller file number |
| City ROUND ROCK    State TX    ZIP Code 78682   Plus 4 | 0007549106 |

☒ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office ONE DELL WAY | ROUND ROCK TX 78682 |
| --- | --- |
| Principal place of business ONE DELL WAY | ROUND ROCK    TX 78682 |

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

**Please sign below!**

1 7 4 2 4 8 5 6 1 1 4 1 4

### SECTION A  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | m m  d d  y y |
| --- | --- | --- | --- | --- |
| JEFFREY W. CLARKE | VC, OPER AND TECH | ☐ YES | Term expiration | |
| Mailing address ONE DELL WAY | City ROUND ROCK | | State TX | ZIP Code 78682 |
| Name | Title | Director | | m m  d d  y y |
| MICHAEL S. DELL | CEO | ☐ YES | Term expiration | |
| Mailing address ONE DELL WAY | City ROUND ROCK | | State TX | ZIP Code 78682 |
| Name | Title | Director | | m m  d d  y y |
| THOMAS W. SWEET | CFO | ☐ YES | Term expiration | |
| Mailing address ONE DELL WAY | City ROUND ROCK | | State TX | ZIP Code 78682 |

### SECTION B  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| --- | --- | --- | --- |
| DELL PRODUCTS GP LLC | DE | 0800265233 | 100 |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| DELL PRODUCTS LP LLC | DE | | 100 |

### SECTION C  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| --- | --- | --- | --- |
| DELL INTERNATIONAL LLC | DE | 0007442206 | 100 |

| Registered agent and registered office currently on file. (see instructions if you need to make changes) | ☐ Check box if you need forms to change the registered agent or registered office information. |
| --- | --- |
| Agent: CORPORATION SERVICE COMPANY | |
| Office: 211 E. 7TH STREET, SUITE 620    City AUSTIN    State TX    ZIP Code 78701 | |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here | LEANN SHINES | Title  EXECUTIVE TAX DI | NOV 17 2014 | Area code and phone number (512) 723-0654 |
| --- | --- | --- | --- | --- |

Texas Comptroller Official Use Only

| VE/DE ☐ | PIR IND ☐ |
| --- | --- |

1023

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY                          Page 1 of 1

# TEXAS SECRETARY of STATE
## CARLOS H. CASCOS

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** |
**Logout**

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| Filing Number: | 7549106 | Entity Type: | Foreign For-Profit Corporation |
| Original Date of Filing: | February 5, 1988 | Entity Status: | Withdrawn |
| Formation Date: | N/A | | |
| Tax ID: | 17424856114 | FEIN: | |

| | |
|---|---|
| Name: | DELL PRODUCTS CORPORATION |
| Address: | TAX DEPARTMENT P.O. BOX 149256 |
| | AUSTIN, TX 78714-9256 USA |
| Fictitious Name: | N/A |
| Jurisdiction: | DE, USA |
| Foreign Formation Date: | N/A |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| Last Update | Name | Title | Address | | |
| January 15, 2014 | THOMAS J VALLONE | VICE PRESIDENT | ONE DELL WAY ROUND ROCK, TX 78682 USA | | |
| January 15, 2014 | TYLER W JOHNSON | TREASURER | ONE DELL WAY ROUND ROCK, TX 78682 USA | | |
| January 15, 2014 | JANET B WRIGHT | ASSISTANT SECRETARY | ONE DELL WAY ROUND ROCK, TX 78682 USA | | |
| January 15, 2014 | JANET B WRIGHT | DIRECTOR | ONE DELL WAY ROUND ROCK, TX 78682 USA | | |

[ Order ]    [ Return to Search ]

Instructions:
 ℧ To place an order for additional information about a filing press the 'Order' button.

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INTEGRITY GLOBAL SECURITY, LLC, a Delaware limited liability company and GREEN HILLS SOFTWARE, INC., a Delaware corporation, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Cause No. 1:15-cv-685 |
| DELL MARKETING L.P., a Texas limited Partnership, DELL FEDERAL SYSTEMS, L.P., a Texas limited partnership and DELL PRODUCTS, L.P., a Texas limited Partnership, | § § § § § | |
| Defendants. | § | |

## DECLARATION OF CHRISTOPHER T. STIDVENT

I, Christopher T. Stidvent, hereby declare:

1.      My name is Christopher T. Stidvent.  I am over 18 years old, of sound mind, and I am capable of making this affidavit.  I make this declaration in support of Dell Inc.'s Motion to Dismiss Plaintiffs' Original Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1).

2.      I am an in-house attorney for Dell.  My title is Legal Director, Litigation.  I have worked at Dell since September 2006.  My duties include supervising and providing litigation support.  The statements in this declaration are based on my personal knowledge or contain facts that I have learned through investigation on behalf of Dell and are true and correct.

3.      Dell Marketing L.P. is a Texas limited partnership.  Dell Marketing L.P.'s general partner is Dell Marketing GP L.L.C.  Dell Marketing GP L.L.C. is a Delaware limited liability company, and it is owned by Dell Marketing Corporation.  Dell Marketing Corporation is a Delaware corporation.

4.      Dell Federal Systems L.P. is a Texas limited partnership.  Dell Federal Systems L.P.'s general partner is Dell Federal Systems GP L.L.C.  Dell Federal Systems GP L.L.C. is a Delaware limited liability company, and it is owned by Dell Federal Systems Corporation.  Dell Federal Systems Corporation is a Delaware corporation.

5.      Dell Products L.P. is a Texas limited partnership.  Dell Products L.P.'s general partner is Dell Products GP L.L.C.  Dell Products GP L.L.C. is a Delaware limited liability company, and it is owned by Dell Products Corporation.  Dell Products Corporation is a Delaware corporation.

6.      Dell Marketing Corporation, Dell Federal Systems Corporation, and Dell Products Corporation are owned by Dell International L.L.C., which is a Delaware limited liability company.

7.      Dell International L.L.C. is owned by Dell Marketing L.P., Dell Software Inc., and Dell Inc.  Both Dell Software Inc. and Dell Inc. are Delaware corporations.

8.      Dell Inc. is owned by Denali Intermediate Inc., which is a Delaware Corporation.

9.      Denali Intermediate Inc. is owned by Denali Holding Inc., which is a Delaware Corporation.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21 day of October, 2015 at Austin, Texas.

Christopher T. Stidvent