IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| INTEGRITY GLOBAL SECURITY, LLC, ET AL., | § § § | |
| Plaintiffs, | § § | |
| V. | § § | 1-15-CV-685 RP |
| DELL MARKETING L.P., ET AL., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Before the Court is the above entitled cause of action. On this day, the Court entered an order granting Defendants' motion to dismiss, dismissing Plaintiffs' claims. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims and causes of action brought by Plaintiffs INTEGRITY Global Security, LLC and Green Hills Software, Inc. are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** on December 14, 2015.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE